No. 1381. HENDRICKSON *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 1382. DEAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 1384. ROBINSON ET AL. *v.* TRANSCONTINENTAL GAS PIPELINE CORP. C. A. 5th Cir. Certiorari denied.

No. 1386. MILLER *v.* NEW YORK STOCK EXCHANGE ET AL. C. A. 2d Cir. Certiorari denied.

No. 1388. WHEATON GLASS CO. *v.* SHULTZ, SECRETARY OF LABOR. C. A. 3d Cir. Certiorari denied.

No. 1393. D. H. OVERMYER WAREHOUSE CO., INC. *v.* KUNIANSKY. C. A. 5th Cir. Certiorari denied.

No. 1402. PREFERRED RISK MUTUAL INSURANCE CO. *v.* MARTIN ET AL. Sup. Ct. Pa. Certiorari denied.

No. 1403. BRUSKE *v.* ARNOLD. Sup. Ct. Ill. Certiorari denied.

No. 1413. THEODOROPOULOS ET AL. *v.* THOMPSON-STARRETT CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 1433. ZUSMAN *v.* OREGON. Ct. App. Ore. Certiorari denied.